People of the State of Illinois, Plaintiff-Appellee, v. Tolit Zegar, Otherwise Called Tollat Zegar, Defendant-Appellant.

Gen. No. 52,285.

First District, First Division.

March 10, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.